UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

LAWRENCE YOUNG,

        Plaintiff,

    -v.-

101 WEST 57 RESTAURANT LLC,

        Defendant.

---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/20

ORDER

19 Civ. 8392 (PAE) (GWG)

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

    The time of the initial case management conference on Tuesday, January 28, 2020,

previously scheduled for 10:45 a.m., is hereby changed to **11:30 a.m.** on the same date.

    Each attorney is directed to ensure that all other attorneys are aware of the change in the

conference date and time. Any requests for an adjournment must be made in compliance with

paragraph 1.F of Judge Gorenstein's Individual Practices (available at:

http://nysd.uscourts.gov/judge/Gorenstein).

    SO ORDERED.

Dated: January 22, 2020
      New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge