# LAW OFFICE OF DARRYN G. SOLOTOFF
ATTORNEYS AT LAW

25 Melville Park Road
Suite 108
Melville, New York 11747
T 516-695-0052
DS@lawsolo.net

VIA ECF

**MEMO ENDORSED**

January 23, 2020

Hon. Judge Gabriel W. Gorenstein
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/20

      Re:    Young v 101 West 57 Rest
              Case No.: 1:19-cv-08392-PAE-GWG

Dear Judge Gorenstein:

      This firm is counsel to Plaintiff Lawrence Young in the above-referenced matter. The parties have been in contact and are negotiating in, "good faith." Moreover, this matter has been referred for mediation (DK#16). To avoid wasting judicial resources, as well as prevent both sides from incurring additional fees and expenses, the parties collectively, on consent, respectfully request an adjournment of the Initial Conference, presently scheduled for January 28, 2020 at 11:30am (Dk#17). The parties request the matter be adjourned to March 12th, 2020, at a time in the morning that is convenient for the Court.

      Thank you for your kind consideration of this request.

                                          Respectfully submitted,
                                          /s/
                                          Darryn G. Solotoff, Esq

DS

Conference adjourned to March 12, 2020, at 10:00 a.m.

SO ORDERED.  DATE: 1/23/20
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE