UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
LAWRENCE YOUNG,
:
        Plaintiff,                                  ORDER
:
     -v.-
:
                                                     19 Civ. 8392 (PAE) (GWG)
:
101 WEST 57 RESTAURANT LLC,
:
        Defendant.
:
-----------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

       The time of the initial case management conference on Thursday, March 12, 2020, is hereby changed to **11:45 a.m.** on the same date.

       Each attorney is directed to ensure that all other attorneys are aware of the change in the conference date and time. Any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: http://nysd.uscourts.gov/judge/Gorenstein).

       SO ORDERED.

Dated: February 20, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge